**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| HELENE ANTOINETTE ANDRAU SIEGLER AND BARBARA ANDRAU PECK POWELL | CIVIL ACTION NO. 10-CV-0512 |
| VERSUS | JUDGE TYSON |
| ACE AMERICAN INSURANCE COMPANY, ET AL | MAGISTRATE JUDGE RIEDLINGER |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFFS WITHOUT A COURT ORDER PURSUANT TO RULE 41(a)(1)(A)**

NOW INTO COURT, through undersigned counsel, come Plaintiffs/Complainants Helene Antoinette Andrau Siegler and Barbara Andrau Peck Powell, who, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby give notice of the dismissal without prejudice of the above-captioned matter. In support of this Notice, Plaintiffs/Complainants represent that Defendants have not filed or served an answer or a motion for summary judgment in the above-captioned matter.

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
| I HEREBY CERTIFY that on June 10, 2011, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. | ONEBANE LAW FIRM *A PROFESSIONAL CORPORATION* |
| /s/Michael G. Durand | BY: /s/Michael G. Durand<br>MICHAEL G. DURAND (LSBA No. 05223)<br>Suite 300, 1200 Camellia Boulevard (70508)<br>Post Office Box 3507<br>Lafayette, LA 70502-3507<br>Telephone: (337) 237-2660<br>FAX: (337) 266-1232<br>Attorneys for Plaintiffs/Complainants |

3224468.1